

RECEIVED
APR 2 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ARBITRATION, CLOSED, E-Filing, arb_at_filing

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:04-cv-05436-SC
## Internal Use Only

0 5 - 2 4 6

DiNorscia et al v. Agilent Technologies
Assigned to: Hon. Samuel Conti
Demand: $0
Cause: 28:1331 Fed. Question

Date Filed: 12/27/2004
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Lynn DiNorscia**                    represented by **Patrick Earl Catalano**
Law Offices of Patrick E. Catalano
781 Beach Street
Suite 333
San Francisco, CA 94109
415-788-0207
Fax: 415-447-0066
Email: pacatal@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Deputy Clerk
Date 4-25-05

**Jannik Patrick Catalano**
Law Offices of Patrick E. Catalano
781 Beach Street
Suite 333
San Francisco, CA 94109
415- 788-0207
Fax: 415-447-0066
Email: jannikpcatalano@yahoo.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret D. Fritz**                represented by **Patrick Earl Catalano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jannik Patrick Catalano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rhonda Payne**                     represented by **Patrick Earl Catalano**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jannik Patrick Catalano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth J. Williams**                    represented by **Patrick Earl Catalano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jannik Patrick Catalano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany R. Wilson**
*Individually*                    represented by **Patrick Earl Catalano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jannik Patrick Catalano**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Agilent Technologies**                    represented by **Rebecca D. Eisen**
Morgan Lewis & Bockius, LLP
One Market Plaza , Spear Street Tower
San Francisco, CA 94105
415/442-1328
Fax: 415-442-1001
Email: reisen@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon B. Nakabayashi**
Morgan, Lewis & Bockius, LLP
One Market
Spear Tower
San Francisco, CA 94105
(415) 442-1190
Fax: (415) 442-1001
Email:
snakabayashi@morganlewis.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2004 | 1 | COMPLAINT For Wrongful Termination, Breach of Contract & Breach of Covenant of Good Faith & Fair Dealing & Unjust Enrichment; Demand for Jury Trial - [Summons Issued] against Agilent Technologies, [Filing Fee: $150.00, Receipt Number 3367463]. Filed by PlaintiffsRuth J. Williams, Tiffany R. Wilson, Lynn DiNorscia, Margaret D. Fritz & Rhonda Payne. (tn, COURT STAFF) (Filed on 12/27/2004) Additional attachment(s) added on 2/23/2005 (db, COURT STAFF). (Entered: 12/29/2004) |
| 12/27/2004 | | Summons Issued as to Agilent Technologies. (tn, COURT STAFF) (Filed on 12/27/2004) (Entered: 12/29/2004) |
| 12/27/2004 | 2 | ARBITRATION SCHEDULING ORDER: Case Management Statement due by 5/16/2005 & Initial Case Management Conference set for 5/23/2005 04:00 PM. (Attachments: # 1 Standing Order).(tn, COURT STAFF) (Filed on 12/27/2004) (Entered: 12/29/2004) |
| 12/27/2004 | 3 | NOTICE of Related Case to C-04-1810-MMC Filed by Plaintiffs. (tn, COURT STAFF) (Filed on 12/27/2004) Additional attachment(s) added on 2/15/2005 (db, COURT STAFF). (Entered: 12/29/2004) |
| 12/27/2004 | 4 | CERTIFICATE OF SERVICE by Ruth J. Williams, Tiffany R. Wilson, Lynn DiNorscia, Margaret D. Fritz, Rhonda Payne re 3 Notice of Related Case (tn, COURT STAFF) (Filed on 12/27/2004) Additional attachment (s) added on 2/15/2005 (db, COURT STAFF). (Entered: 12/29/2004) |
| 12/27/2004 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 12/29/2004) |
| 01/11/2005 | 5 | RELATED CASE ORDER. Williams v Agilent Technologies, C 04-1810 MMC, is not related, within the meaning of Civil L.R. 3-12(b), to DiNorscia v Agilent Technologies, C 04-5436 BZ. Signed by Judge Maxine M. Chesney on January 11, 2005. (mmclc1, COURT STAFF) (Entered: 01/11/2005) |
| 01/14/2005 | 6 | AMENDED COMPLAINT *for 1) WRONGFUL TERMINATION; 2) BREACH OF CONTRACT AND CREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING; 3) UNJUST ENRICHMENT; AND JURY TRIAL DEMAND* against Agilent Technologies. Filed byRuth J. Williams, Tiffany R. Wilson, Lynn DiNorscia, Margaret D. Fritz, Rhonda Payne. (Catalano, Patrick) (Filed on 1/14/2005) (Entered: 01/14/2005) |
| 01/14/2005 | 7 | ORIGINAL SUMMONS In A Civil Case Returned Filed by Plaintiffs Ruth J. Williams, Tiffany R. Wilson, Lynn DiNorscia, Margaret D. Fritz & Rhonda Payne (tn, COURT STAFF) (Filed on 1/14/2005) Additional attachment(s) added on 2/23/2005 (db, COURT STAFF). (Entered: 01/20/2005) |

| 01/14/2005 | ◑ | Summons Issued as to Agilent Technologies. (tn, COURT STAFF) (Filed on 1/14/2005) (Entered: 01/20/2005) |
|---|---|---|
| 02/01/2005 | ◑8 | ANSWER to Amended Complaint byAgilent Technologies. (Nakabayashi, Shannon) (Filed on 2/1/2005) (Entered: 02/01/2005) |
| 02/01/2005 | ◑9 | Declination to Proceed Before a U.S. Magistrate Judge by Agilent Technologies *and Request for Reassignment to a U.S. District Judge*. (Nakabayashi, Shannon) (Filed on 2/1/2005) (Entered: 02/01/2005) |
| 02/02/2005 | ◑10 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ls, COURT STAFF) (Filed on 2/2/2005) (Entered: 02/02/2005) |
| 02/02/2005 | ◑11 | ORDER REASSIGNING CASE. Case reassigned to Judge Samuel Conti for all further proceedings. Judge Bernard Zimmerman no longer assigned to case. Signed by EXECUTIVE COMMITTEE on 2/2/05. (ha, COURT STAFF) (Filed on 2/2/2005) (Entered: 02/02/2005) |
| 02/08/2005 | ◑12 | CLERK'S NOTICE Case Management Conference set for 6/3/2005 10:00 AM. (tdm, COURT STAFF) (Filed on 2/8/2005) (Entered: 02/08/2005) |
| 02/08/2005 | | ***Attorney Rebecca D. Eisen for Agilent Technologies, Shannon B. Nakabayashi for Agilent Technologies added per answer filed on 2/1/05 docket #8. (db, COURT STAFF) (Filed on 2/8/2005) (Entered: 02/08/2005) |
| 02/08/2005 | ◑13 | SUMMONS Returned Executed by Ruth J. Williams, Tiffany R. Wilson, Lynn DiNorscia, Margaret D. Fritz, Rhonda Payne. Agilent Technologies served on 1/31/2005, answer due 2/22/2005. (db, COURT STAFF) (Filed on 2/8/2005) Additional attachment(s) added on 2/23/2005 (db, COURT STAFF). (Entered: 02/11/2005) |
| 02/11/2005 | ◑14 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer for counsel for the plaintiff regarding docket #1 complaint filed on 12/27/04, docket #3 related case notice filed on 12/27/04, docket #4 proof of service filed on 12/27/04, docket #7 summons on return and docket filed on 1/14/05 #13 summons on return filed on 2/8/05. Counsel has 10 days to electronicall pdf file these documents to the U.S. District Court or an Order To Show Cause will issue forth. (db, COURT STAFF) (Filed on 2/11/2005) (Entered: 02/11/2005) |
| 02/25/2005 | ◑15 | MOTION to Change Venue filed by Agilent Technologies. Motion Hearing set for 4/1/2005 10:00 AM. (Nakabayashi, Shannon) (Filed on 2/25/2005) (Entered: 02/25/2005) |
| 02/25/2005 | ◑16 | MEMORANDUM in Support re 15 MOTION to Change Venue filed byAgilent Technologies. (Related document(s)15) (Nakabayashi, Shannon) (Filed on 2/25/2005) (Entered: 02/25/2005) |
| 02/25/2005 | ◑17 | Declaration in Support of 15 MOTION to Change Venue filed byAgilent Technologies. (Related document(s)15) (Nakabayashi, Shannon) (Filed on 2/25/2005) (Entered: 02/25/2005) |
| 02/25/2005 | ◑18 | Declaration of Shannon Nakabayashi in Support of 15 MOTION to |

| | | |
|---|---|---|
| | | Change Venue filed byAgilent Technologies. (Related document(s)15) (Nakabayashi, Shannon) (Filed on 2/25/2005) (Entered: 02/25/2005) |
| 02/25/2005 | ●19 | Proposed Order re 15 MOTION to Change Venue by Agilent Technologies. (Nakabayashi, Shannon) (Filed on 2/25/2005) (Entered: 02/25/2005) |
| 03/08/2005 | ●20 | List of 10 Potential Arbitrators Sent (bt, COURT STAFF) (Filed on 3/8/2005) (Entered: 03/08/2005) |
| 03/11/2005 | ●21 | DECLARATION of Patrick E. Catalano filed byLynn DiNorscia. (Attachments: # 1 Exhibit Andress emails# 2 Affidavit)(Catalano, Patrick) (Filed on 3/11/2005) (Entered: 03/11/2005) |
| 03/18/2005 | ●22 | Reply Memorandum re 15 MOTION to Change Venue filed byAgilent Technologies. (Nakabayashi, Shannon) (Filed on 3/18/2005) (Entered: 03/18/2005) |
| 03/29/2005 | ●23 | Memorandum in Opposition *to Motion to Transfer Venue #15 byRuth J. Williams, Tiffany R. Wilson, Lynn DiNorscia, Margaret D. Fritz, Rhonda Payne. (Catalano, Patrick) (Filed on 3/29/2005) Modified on 3/31/2005 (db, COURT STAFF). (Entered: 03/29/2005)* |
| 03/29/2005 | ●24 | DECLARATION of Patrick E. Catalano *in Opposition to Motion to Transfer Venue #15 Ruth J. Williams, Tiffany R. Wilson, Lynn DiNorscia, Margaret D. Fritz, Rhonda Payne. (Attachments: # 1)(Catalano, Patrick) (Filed on 3/29/2005) Modified on 3/31/2005 (db, COURT STAFF). (Entered: 03/29/2005)* |
| 04/22/2005 | ●25 | ORDER by Judge Samuel Conti granting 15 Motion to Change Venue (sclc1, COURT STAFF) (Filed on 4/22/2005) (Entered: 04/22/2005) |
| 04/22/2005 | | ***Civil Case Transferred to the US District Court of Delaware. Certified copy of docket sheet, remand order and entire case file sent to Delaware USDC. Notice to counsel of record. (db, COURT STAFF) (Filed on 4/22/2005) (Entered: 04/25/2005) |