Patrick E. Catalano, State Bar No. 60774
Jannik P. Catalano, State Bar No. 224786
LAW OFFICES OF PATRICK E. CATALANO
781 Beach Street, Suite 333
San Francisco, California  94109
Telephone:  (415) 788-0207
Facsimile:  (415) 447-0066

Attorneys for Plaintiffs LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN DiNORSCIA; MARGARET D. FRITZ; RHONDA PAYNE; RUTH J. WILLIAMS and TIFFANY R. WILSON, Individually<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES INC.; and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. C-04 5436 BZ ARB<br><br>NOTICE OF RELATED CASE |

Plaintiffs LYNN DiNORSCIA, et al., give notice of the related case of: <u>Williams v. Agilent Technologies Inc., et al.</u>, Case No.: 3:04-CV-1810 MMC as follows:

1. The above-entitled action is related to the case of <u>Williams v. Agilent Technologies Inc, et al</u>. Case No.: 3:04-CV-1810 MMC.

    a. The above-entitled action is related to the <u>Williams</u> matter in that the named plaintiffs herein were involved in substantially the same transaction, raising the same question of law with regard to their termination based upon the authorized use of defendant Agilent's email system.

NOTICE OF RELATED CASE      1      Case No. C 04 5436 BZ ARB