1  Patrick E. Catalano, State Bar No. 60774
   Jannik P. Catalano, State Bar No. 224786
2  LAW OFFICES OF PATRICK E. CATALANO
   781 Beach Street, Suite 333
3  San Francisco, California   94109
   Telephone:  (415) 788-0207
4  Facsimile:  (415) 447-0066

5  Attorneys for Plaintiffs
   LYNN DiNORSCIA, MARGARET D. FRITZ
6   RHONDA PAYNE, RUTH J. WILLIAMS
   and TIFFANY R. WILSON

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11  LYNN DiNORSCIA; MARGARET D. FRITZ;   )   Case No.
    RHONDA PAYNE; RUTH J. WILLIAMS and   )
    TIFFANY R. WILSON, Individually      )   PROOF OF SERVICE
12                                       )
            Plaintiffs,                  )
13                                       )
    v.                                   )
14                                       )
    AGILENT TECHNOLOGIES; and DOES 1     )
15  through 200, Inclusive,              )
                                         )
16          Defendants.                  )
                                         )

17

18

...

28
                                    1

---
NOTICE OF RELATED CASE

1 | Case Name: DiNorscia, et al. V. Agilent Technologies, et al.

2 | United States District Court

3 | Case No.

## PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding. My business address is the Law Offices of Patrick E. Catalano, 781 Beach Street, Suite 333, San Francisco, CA 94109.

On the date specified below, I served the following:

1. COMPLAINT; and

2. NOTICE OF RELATED CASE

on the following person(s) in this action:

> Rebecca Eisen, Esq.
> Shannon B. Nakabayashi, Esq.
> MORGAN, LEWIS & BOCKIUS
> One Market, Spear Street Tower
> San Francisco, CA 94105-1126

[X] (BY HAND-DELIVERY) By personally delivering the documents(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December _____, 2004

By:_____/s/_____

Jannik P. Catalano

2

NOTICE OF RELATED CASE