# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

LYNN DiNORSCIA; MARGARET D. FRITZ; RHONDA PAYNE; RUTH J. WILLIAMS and TIFFANY R. WILSON, individually

**SUMMONS IN A CIVIL CASE**

V.

AGILENT TECHNOLOGIES; and DOES 1 through 200, inclusive

CASE NUMBER: C 04 5483 BZ ARB

TO:

Defendant, Agilent Technologies

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Law Offices of Patrick E. Catalano
781 Beach Street, Suite 333
San Francisco, CA 94109

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

DEC 27 2004

DATE

BUCKLEY

(BY) DEPUTY CLERK