REBECCA D. EISEN, State Bar No. 96129
SHANNON BETTIS NAKABAYASHI, State Bar No. 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
AGILENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN DINORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS AND TIFFANY R. WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AGILENT TECHNOLOGIES, INC. AND DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. C 04 5436 BZ ARB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Date of Filing: January 14, 2005 |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United State Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 1, 2005

MORGAN, LEWIS & BOCKIUS LLP
REBECCA D. EISEN
SHANNON BETTIS NAKABAYASHI

By    /s/
Shannon Bettis Nakabayashi
Attorneys for Defendant
AGILENT TECHNOLOGIES, INC.

1-SF/7192055.1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE ( No. C 04 5436 BZ ARB )