# NOTICE

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ||
|---|---|
| **Lynn DiNorscia et al.,**<br><br>v.<br><br>**Agilent Technologies**. | DOCKET NO. C-4-5436 -SC |
| | CASE: **X** CIVIL  _CRIMINAL |

_____ TAKE NOTICE that a proceeding in the above-entitled case has been set for the time, date and place set forth below

| PLACE: U.S. DISTRICT COURT<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102 | **COURTROOM: 1**   **FLOOR: 17**<br><br>**DATE: 6/3/05**   **TIME: 10:00 A.M.** |
|---|---|
| TYPE OF PROCEEDINGS:<br><br>**CASE MANAGEMENT CONFERENCE** ||

_____ TAKE NOTICE that the proceeding in the above-entitled case, has been CONTINUED as indicated below:

| DATE & TIME<br>PREVIOUSLY SET | DATE & TIME<br>CONTINUED TO | PLACE: U.S. DISTRICT COURT<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102 |
|---|---|---|

_____ As surety for the defendant, you are required to produce the defendant's person in court at the time, date and place set forth above; otherwise, the bail may be forfeited.[1]

| RICHARD W. WIEKING<br>    CLERK OF THE COURT<br><br>TERESA DE MARTINI<br>    DEPUTY CLERK          DATE: 2/8/05 | SPECIAL PROCEDURES OR REQUIREMENTS:<br>**Parties are to file ONE JOINT Case Management Conference statement 7 days prior to the conference. All other dates in Magistrate Judge Zimmerman's Initial Case Management Conference Order remain in place.** |
|---|---|

_XX____ individual's attendance is required in person

---

[1] Applies only in criminal cases