REBECCA D. EISEN, State Bar No. 96129
SHANNON BETTIS NAKABAYASHI, State Bar No. 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
AGILENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN DINORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS AND TIFFANY R. WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AGILENT TECHNOLOGIES, INC. AND DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. C 04 5436 SC<br><br>**DEFENDANT AGILENT TECHNOLOGIES, INC. NOTICE OF MOTION AND MOTION FOR TRANSFER OF VENUE**<br>**(28 U.S.C. § 1404(a))**<br><br>Date: April 1, 2005<br>Time: 10:00 a.m.<br>Judge: Senior Judge Samuel Conti<br>Courtroom: 1, 17th Floor<br><br>Date of Filing: January 14, 2005 |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at 10:00 a.m. on April 1, 2005, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Samuel Conti located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Agilent Technologies, Inc. ("Agilent") will move the Court for an Order Transferring this Case to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a).

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Sally Melvick, the Declaration of Shannon B. Nakabayashi, the Court's files and records in this action, and on such other and further evidence and argument as may be presented at the hearing of this matter.

1

1-SF/7192574.1      NOTICE OF MOTION AND MOTION FOR TRANSFER OF VENUE (No. C 04 5436 SC)

```
Dated:  February 25, 2005          MORGAN, LEWIS & BOCKIUS LLP
                                   REBECCA D. EISEN
                                   SHANNON BETTIS NAKABAYASHI


                                   By _____/s/_____
                                      Shannon Bettis Nakabayashi
                                      Attorneys for Defendant
                                      AGILENT TECHNOLOGIES, INC.
```