```
1  REBECCA D. EISEN, State Bar No. 96129
   SHANNON BETTIS NAKABAYASHI, State Bar No. 215469
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendant
   AGILENT TECHNOLOGIES, INC.
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN DINORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS AND TIFFANY R. WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AGILENT TECHNOLOGIES, INC. AND DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. C 04 5436 SC<br><br>**DECLARATION OF SHANNON NAKABAYASHI IN SUPPORT OF DEFENDANT AGILENT TECHNOLOGIES, INC. MOTION FOR TRANSFER OF VENUE (28 U.S.C. § 1404(a))**<br><br>Date: April 1, 2005<br>Time: 10:00 a.m.<br>Judge: Senior Judge Samuel Conti<br>Courtroom: 1, 17th Floor<br><br>Date of Filing: January 14, 2005 |

I, SHANNON NAKABAYASHI, declare:

    1.    I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, attorneys of record for Defendant Agilent Technologies, Inc. ("Agilent" or "Defendant"). I am licensed to practice law before all of the Courts for the State of California and am admitted to practice before this Court. I have direct and personal knowledge of the facts set forth in my Declaration and, if called and sworn as a witness, I would competently testify to these facts.

    2.    In October 2004, the Plaintiffs in the matter *Williams, et al. v. Agilent Technologies, Inc.* Case No. 3:04-cv-1810 MMC, filed a motion to certify a class action consisting of 13,400 former Agilent employees, including the Plaintiffs in this action. Northern

1

1  District Judge Maxine Chesney denied that motion on December 3, 2004, ruling that the former
2  Agilent employees were terminated at different times, for different reasons, by different
3  managers, relying upon different evidence, in different parts of the country.
4      3.    Plaintiffs in this action subsequently attempted to designate the *Williams* litigation
5  as a matter "related" to this case. Judge Chesney found that such designation was improper and
6  that the two matters were not related. Judge Chesney then denied Plaintiff's motion(s) for leave
7  to file a motion for reconsideration of her decision.
8      4.    At a case management conference for the *Williams* matter on December 3, 2004,
9  Plaintiffs' counsel again argued that the two cases were related. Judge Chesney stated that she
10  would not have "every case involving Agilent employees" before her.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of February, 2005 at San Francisco, California.

*/s/ Nakabayashi*
SHANNON NAKABAYASHI

---

1-SF/7197737.1

DECLARATION OF SHANNON NAKABAYASHI IN
SUPPORT OF MOTION FOR TRANSFER OF VENUE (No. C
04 5436 SC)