REBECCA D. EISEN, State Bar No. 96129
SHANNON BETTIS NAKABAYASHI, State Bar No. 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
AGILENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN DINORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS AND TIFFANY R. WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AGILENT TECHNOLOGIES, INC. AND DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. C 04 5436 SC<br><br>**[PROPOSED ORDER] DEFENDANT AGILENT TECHNOLOGIES, INC. MOTION FOR TRANSFER OF VENUE (28 U.S.C. § 1404(a))**<br><br>Date: April 1, 2005<br>Time: 10:00 a.m.<br>Judge: Senior Judge Samuel Conti<br>Courtroom: 1, 17th Floor<br><br>Date of Filing: January 14, 2005 |

The Motion of Defendant Agilent Technologies, Inc. ("Defendant") to transfer this action to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a) came on for hearing on April 1, 2005, at 10:00 a.m. before the Honorable Samuel Conti, in Courtroom 1 of the above-entitled Court. Both parties were represented by counsel.

Having reviewed the papers and pleadings submitted by the parties and having heard oral argument of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. This action along with all the Court's files and records regarding this action shall be transferred forthwith to the United States District Court for the District of Delaware.

Dated: _____

_____

THE HON. SAMUEL CONTI

Senior Judge of the U.S. District Court for the Northern District of California