# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| DiNorscia | 3:04-cv-05436-SC SC ARB |
| Plaintiff(s), | **List of Ten Potential Arbitrators** |
| v. | |
| Agilent Technologies | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The following list of ten potential arbitrators for this case has been randomly selected from the court's panel of arbitrators under ADR L.R. 4-4(a).

Jack Russo
Russo & Hale LLP

Alan R. Rothstein
Law Offices of Alan R. Rothstein

Stanley L. Gibson
Gibson Robb & Lindh LLP

Stephen L. Schirle
Pacific Gas and Electric Company Law Department

David S. Henningsen
Robinson & Wood

Kenneth C. Bryant
Bryant Arbitration and Mediation

Glen L. Moss
Moss & Murphy

Theodore A. Kolb
McQuaid, Metzler, Bedford & Van Zandt, LLP

Gregory D. Walker
Gregory D. Walker Attorney at Law

Michael S. Sorgen
LAW OFFICES OF MICHAEL S. SORGEN

**List of Ten Potential Arbitrators**
3:04-cv-05436-SC SC ARB       - 1 -

Profiles for these arbitrators are available at our website under the button "Neutrals Profiles" at www.adr.cand.uscourts.gov.

Dated: March 8, 2005

                                            RICHARD W. WIEKING
                                            Clerk
                                            by:    Rebecca Tatlonghari

                                            /s/
                                            ADR Case Administrator
                                            415-522-2180

Enclosed:
    Instructions for Ranking Arbitrators and Scheduling Hearing
    Arbitration Ranking and Hearing Scheduling Information form
    Stipulation and [Proposed] Order for Waiver of Trial *De Novo* form

**List of Ten Potential Arbitrators**
3:04-cv-05436-SC SC ARB                        - 2 -

## PROOF OF SERVICE

Case Name: DiNorscia v. Agilent Technologies

Case Number: 3:04-cv-05436-SC SC ARB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 8, 2005, I served a true and correct copy of:

**List of Ten Potential Arbitrators**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Rebecca D. Eisen
> reisen@morganlewis.com
>
> Shannon B. Nakabayashi
> snakabayashi@morganlewis.com
>
> Patrick Earl Catalano
> pacatal@aol.com
>
> Jannik Patrick Catalano
> jannikpcatalano@yahoo.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 8, 2005 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:    Rebecca Tatlonghari
>
> /s/ _____
> ADR Case Administrator
> 415-522-2180

ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Instructions for Ranking Arbitrators and Scheduling Hearing

**To Counsel:**

Your case was assigned at filing to the court's non-binding arbitration program under ADR Local Rule 4. On the attached list are 10 potential arbitrators for this case who have been randomly selected from the court's panel of arbitrators under ADR L.R. 4-4(a). The profiles of the arbitrators listed with an asterisk may be found on the ADR website: www.adr.cand.uscourts.gov under the button "Neutral Profiles." If you don't have access to the internet, please contact the case administrator assigned to this case. Also enclosed is the Arbitrator Ranking & Hearing Schedule Information form for counsel jointly to specify arbitrator and scheduling preferences.

Please follow the procedure set forth in ADR L.R. 4-4(a) for striking and ranking names. List your joint preference on the enclosed form and submit it to the ADR Unit at the Clerk's Office within ten days of receipt of the list or the Clerk will select an arbitrator from this list. Do not file or e-file this document. You may fax or email it to the case administrator assigned to this case. To stipulate to a panel of three arbitrators, check the appropriate box on the Arbitration Hearing and Ranking Schedule form and have all counsel sign it. The court will contact the arbitrators in order of your preferences to determine their availability and will notify you after the arbitrator or panel of three arbitrators has been selected.

Please submit a copy of the Complaint and Answer with your form. Please also submit a copy of the joint case management statement, if it has been filed. If you are requesting a panel of three arbitrators (for which all parties must consent), please submit three copies of these documents.

Also included for your convenience is the form Stipulation and Proposed Order for Waiver of Trial de novo should you wish to so stipulate.

ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 8, 2005

Re: DiNorscia v. Agilent Technologies
3:04-cv-05436-SC SC ARB

## Arbitration Ranking and Hearing Schedule Information

The parties, having conferred in accordance with ADR Local Rule 4-4, agree upon the following order of preference of arbitrators:

1) _____   4) _____

2) _____   5) _____

3) _____   6) _____

Preferred date range for conducting the arbitration hearing: _____

Estimated number of day(s) hearing will take: _____

Arbitration hearing will be heard before:

Q    a single Arbitrator (please enclose 1 copy of the complaint and answer(s))

Q    a panel of three Arbitrators (all parties must concur and sign below) (please enclose 3 copies of the complaint and answer(s))

**The arbitration hearing date will be set during the mandatory telephone conference with the arbitrator. ADR L.R. 4-8**

Dated: _____          _____
                                Attorney for Plaintiff

Dated: _____          _____
                                Attorney for Defendant

Dated: _____          _____
                                Attorney for

**PLEASE JOINTLY SUBMIT ONLY ONE FORM TO THE ADR UNIT WITHIN TEN DAYS.**

**REMINDER: ENCLOSE COPIES OF THE COMPLAINT, ANSWER(S), AND JOINT CASE MANAGEMENT STATEMENT (IF FILED). DO NOT FILE OR E-FILE THIS DOCUMENT.**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| DiNorscia<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Agilent Technologies<br><br>　　　　　Defendant(s). | 3:04-cv-05436-SC SC ARB<br><br>**Stipulation and [Proposed] Order for Waiver of Trial *De Novo*** |

The above-named parties stipulate, prior to the Arbitration hearing, to waive their rights to a trial *de novo* following the award and agree to be bound by the arbitration award. The parties understand that a judgment will be entered on the arbitration award and that judgment will not be subject to review in any other court by appeal or otherwise.

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　Counsel for Plaintiff

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　Counsel for Defendant

IT IS SO ORDERED:

Date: _____　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　Arbitrator(s)

**Stipulation and [Proposed] Order for Waiver of Trial *De Novo***
3:04-cv-05436-SC SC ARB　　　　　　　- 1 -