Patrick E. Catalano, State Bar No. 60774
Jannik P. Catalano, State Bar No. 224786
LAW OFFICES OF PATRICK E. CATALANO
781 Beach Street, Suite 333
San Francisco, California 94109
Telephone: (415) 788-0207
Facsimile: (415) 447-0066

Attorneys for Plaintiffs LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN DiNORSCIA; MARGARET D. FRITZ; RHONDA PAYNE; RUTH J. WILLIAMS and TIFFANY R. WILSON, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES INC.; and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. C 04 5436 SC<br><br>DECLARATION OF JANNIK P. CATALANO, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO CHANGE VENUE PURSUANT TO F.R.C.P. 1404(a) |

I, Jannik P. Catalano, Esq., declare as follows:

1. I am an attorney licensed to practice before all the courts in the State of California.

2. I am the attorney of record for Plaintiffs in the above-entitled action.

3. The deposition of Stacie Drucker-Andress, in the Williams matter, revealed that the investigation of the misconduct which the plaintiffs in both the Williams and DiNorscia cases were fired for began with an investigation on the East Coast; this investigation was performed in Colorado.

4. In fact, the East Coast investigation led to the discovery of the West Coast employees. See attached true and correct portions of the Deposition Transcript of Stacy Drucker-Andress, pgs. 91: 24-93:7.

---

DEC IN SUPP OPP VENUE             1             Case No. C 04 5436 SC

1      5.      This investigation of the email usage of Agilent employees began in Little Falls, Delaware. See attached true and correct portions of the Deposition Transcript of Stacy Drucker-Andress at pgs. 146: 24-147: 18.

6. Based upon the testimony of Stacie Drucker-Andress, it becomes clear that the investigation of the West Coast employees was initiated by way of the investigation of the East Coast employees. Therefore, the method of investigating these employees conduct would necessarily be interdependent, and also the standard with regard to Agilent's termination of these employees would be similar; based upon these facts deeming these cases related would yield higher efficiency if litigated in a consolidated manner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on March 11, 2005.

                                                  _____/s/_____
                                                        JANNIK P. CATALANO