IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 05-00246-JJF ) ) ) ) ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of David H. Williams, Esquire and Jennifer L. Brierley, Esquire of Morris, James, Hitchens & Williams LLP, as attorneys for Defendant in the above-referenced action.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
David H. Williams (#616)(dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075)(jbrierley @morrisjames.com)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/6848
Attorneys for Defendant

OF COUNSEL:

Robert J. Smith (rsmith@morganlewis.com)
Christine B. Cox (ccox@morganlewis.com)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue
Washington, D.C. 20004
(202) 739-5065/5828

Dated: May 23, 2005

DHW/109754-0001/1172907/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 05-00246-JJF |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on May 23, 2005, I electronically filed the attached **ENTRY OF APPEARANCE** with the Clerk of Court using CM/EC. I hereby certify that on May 23, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

> Patrick E. Catalano, Esquire
> Law Offices of Patrick E. Catalano
> 781 Beach Street, Suite 33
> San Francisco, CA 94109

*/s/ David H. Williams*
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/6848
Attorneys for Defendant

OF COUNSEL:

Robert J. Smith, Esquire (rsmith@morganlewis.com)
Christina B. Cox, Esquire (ccox@morganlewis.com)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Dated: May 23, 2005            (202) 739-5065/5828

DHW/109754-0001/1172927/1