IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 05-00246-JJF |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO:   Patrick E. Catalano, Esquire
      Law Offices of Patrick E. Catalano
      781 Beach Street, Suite 33
      San Francisco, CA 94109

Pursuant to Rule 83.5(c), counsel moves the admission of Mr. Robert J. Smith as counsel *pro hac vice* to represent Defendant Agilent Technologies, Inc. in this matter. In support of this Motion, Defendant relies upon the attached Certification of Robert J. Smith, Esquire.

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendant
Agilent Technologies, Inc.

OF COUNSEL:

Robert J. Smith, Esquire (rsmith@morganlewis.com)
Christina B. Cox, Esquire (ccox@morganlewis.com)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5065/5828

Dated: May 25, 2005

DHW/109754-0001/1171201/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 05-00246-JJF |

**ATTORNEY CERTIFICATION OF ROBERT J. SMITH IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Robert J. Smith, Esquire certifies:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Agilent Technologies, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's offices in Washington, D.C. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor I am regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the Bars of the United States District Courts for the District of Columbia, the District of Maryland and the Eastern District of Virginia, the Supreme Court of Virginia, the United States Courts of Appeals for the Second, Third, Fourth, Sixth, and Eleventh Circuits, the District of Columbia Circuit, and the United States Supreme Court. I am not under suspension or disbarment in any court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

DHW/109754-0001/1171539/1

4.  David H. Williams, MORRIS, JAMES, HITCHENS & WILLIAMS, 222 Delaware Avenue, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
ROBERT J. SMITH

Dated: May 20, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-00246-JJF |
| AGILENT TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED on this ___ day of _____, 2005, that counsel's Motion for Admission *Pro Hac Vice* for Robert J. Smith is GRANTED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, <br><br>Plaintiffs, <br><br>v. <br><br>AGILENT TECHNOLOGIES, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 05-00246-JJF |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on May 25, 2005, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF. I hereby certify that on May 25, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Patrick E. Catalano, Esquire
Law Offices of Patrick E. Catalano
781 Beach Street, Suite 33
San Francisco, CA 94109

/s/ David H. Williams
David H. Williams (#616)
Jennifer L. Brierley (#4075)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/6848
dwilliams@morrisjames.com
jbrierley@morrisjames.com

OF COUNSEL:

Robert J. Smith, Esquire (rsmith@morganlewis.com)
Christina B. Cox, Esquire (ccox@morganlewis.com)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Dated: May 25, 2005         (202) 739-5065/5828

DHW/109754-0001/1176387/1