## LAW OFFICES OF PATRICK E. CATALANO
A PROFESSIONAL CORPORATION

SAN DIEGO OFFICE
THE KOLL CENTER
501 WEST BROADWAY, SUITE 740
SAN DIEGO, CALIFORNIA 92101-3544
(619) 233-3565
FAX (619) 233-9841

(RESPOND TO THE ABOVE)

IA FEDERAL EXPRESS

May 27, 2005

SAN FRANCISCO OFFICE
781 BEACH STREET, SUITE 333
SAN FRANCISCO, CALIFORNIA 94109
(415) 788-0207
FAX (415) 447-0066

Clerk of the Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801



FILED
MAY 3 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:   DiNorscia, et. al. V. Agilent Technologies, Inc.
      USDC Case No. 05-00246-JJF

Dear Clerk:

    Enclosed please find the original and two copies of Plaintiffs' Request for Continuance for Association of Counsel for filing in your Court. Please return a conformed copy in the self-addressed, stamped envelope provided. If you have any questions, please contact the undersigned. Thank you for your assistance.

Very truly yours,

LAW OFFICES OF PATRICK E. CATALANO

By: _____
    Patrick E. Catalano, Esq.

PEC:jk

Enclosures

c:\jmk\dinorscia\corresp\clerk.lr1