Patrick E. Catalano, Esq. (SBN 60774)
Jannik P. Catalano, Esq. (SBN 224786)
Law Offices of Patrick E. Catalano
781 Beach Street, Suite 333
San Francisco, CA 94109
Telephone: (415) 788-0207
Facsimile: (415) 447-0066

Attorneys for Plaintiffs
Lynn DiNorscia, Margaret D. Fritz
Rhonda Payne, Ruth J. Williams
and Tiffany R. Wilson

FILED
MAY 3 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSICA, MARGARET D. FRITZ<br><br>RHONDA PAYNE, RUTH J. WILLIAMS,<br>and TIFFANY R. WILSON,<br><br>    Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.<br><br>    Defendant. | REQUEST FOR<br>CONTINUANCE<br>FOR ASSOCIATION<br>OF COUNSEL<br><br>Case No. 05-00246-JHF<br>(transferred from US District<br>Court San Francisco Division<br>Case No. C-4-5436-SC) |

Plaintiffs, named above, have been represented in the above entitled action, which was previously venued in Northern California, by the Law Offices of Patrick E. Catalano. Following the Court's granting of the Motion to Transfer Venue, filed on behalf of defendant, AGILENT TECHNOLOGIES, counsel for defendant filed its Entry of Appearance by David H. Williams, Esq., and Jennifer L. Brierley, Esq. of the law firm of Morris, James, Hitchens & Williams LLP.

Counsel for Plaintiffs has been involved in another out of state matter, <u>Sun Valley Ventures, LLC v. G. William Tischer, et al.</u>, and has not yet been able to obtain counsel located in the Delaware area to associate in on behalf of plaintiffs in this matter. Therefore, it is respectfully requested that plaintiffs be granted a two to three week extension in order to locate, and associate in, counsel in the Delaware jurisdiction on behalf of plaintiffs named above.

Dated: May 27, 2005

Law Offices of Patrick E. Catalano

By: _____
PATRICK E. CATALANO
Attorneys for Plaintiffs
Lynn DiNorscia, Margaret D. Fritz, Rhonda Payne, Ruth J. Williams and Tiffany R. Wilson

## ORDER

The Court, having considered the moving papers in this matter, and GOOD CAUSE APPEARING THEREFOR, hereby grants the request of plaintiffs in this matter. Plaintiffs' Deadline for Entry of Appearance in this matter is hereby extended to _____, 2005.

IT IS SO ORDERED:

Dated: _____, 2005      _____
JUDGE OF THE DISTRICT COURT

Case Name: **DiNorscia v. Agilent Technologies, Inc.**
Court: **United States District Court**
**District of Delaware**
Case No. **05-00246-JJF**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding. My business address is the Law Offices of Patrick E. Catalano, 501 West Broadway, Suite 740, San Diego, California 92101-3544.

On the date specified below, I served the following:

**REQUEST FOR CONTINUANCE FOR ASSOCIATION OF COUNSEL**

on the following person(s) in this action:

David H. Williams, Esq.
Jennifer L. Brierley, Esq.
Morris, James, Hitchens Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899
Tel:   (302) 888-6900
Fax:   (302) 888-6848
dwilliams@morrisjames.com

Robert J. Smith, Esq.
Christine B. Cox
Morgan, Lewis & Brockius, LLP
1111 Pennsylvania Avenue
Washington DC  20004
Tel: (202) 739-5065
Fax: (202) 739-5828
rsmith@morganlewis.com

[X] (BY MAIL) By sealing the envelope and placing it for collection and mailing with postage fully prepaid in accordance with ordinary business practices.
[ ] (BY FACSIMILE) By transmitting the document listed above by facsimile to the office of the persons listed above, at the above facsimile number, and having received confirmation that said documents were transmitted to said facsimile number.
[ ] (BY OVERNIGHT DELIVER) By placing the document(s) listed above for overnight delivery, in a box or other facility regularly maintained by an express service courier, or delivered to an authorized courier or driver authorized by that express service courier with delivery fees paid or provided for, and addressed as set forth above.
[ ] (BY HAND-DELIVERY) By personally delivering the documents(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 27, 2005

By: *Janet Kohnenberger*
Janet Kohnenberger