IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSICA, MARGARET D. FRITZ<br><br>RHONDA PAYNE, RUTH J. WILLIAMS,<br>and TIFFANY R. WILSON,<br><br>      Plaintiffs,<br><br>      v.<br><br>AGILENT TECHNOLOGIES, INC.<br><br>      Defendant. | REQUEST FOR<br>CONTINUANCE<br>FOR ASSOCIATION<br>OF COUNSEL<br><br>Case No. 05-00246-JHF<br>(transferred from US District<br>Court San Francisco Division<br>Case No. C-4-5436-SC) |

## ORDER

The Court, having considered the moving papers in this matter, and GOOD CAUSE APPEARING THEREFOR, hereby grants the request of plaintiffs in this matter.

Plaintiffs' Deadline for Entry of Appearance in this matter is hereby extended to __July 14__, 2005.

IT IS SO ORDERED:

Dated: __June 2__, 2005

_[signature]_
JUDGE OF THE DISTRICT COURT