Patrick E. Catalano, ESQ. (SBN: 60774)
Jannik P. Catalano, ESQ. (SBN: 224786)
LAW OFFICES OF PATRICK E. CATALANO
781 Beach Street, Suite 333
San Francisco, CA 94109
Telephone: (415) 788-0207
Facsimile: (415) 447-0066

Attorneys for Plaintiff Lynn DiNorscia et al.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS and TIFFANY R. WILSON,<br><br>Plaintiffs,<br>vs.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>Defendant. | Case No: 05-00246-JJF<br><br>(Transferred from US District Court of San Francisco Division Case No. C-4-5436-SC)<br><br>**REQUEST FOR EXTENSION OF TIME FOR ASSOCIATION OF COUNSEL** |

Plaintiffs, named above, have been represented in the above entitled action, which was previously venued in Northern California, by the Law Offices of Patrick E. Catalano.

Following the Court's granting of the Motion to Transfer Venue, filed on behalf of Defendant, AGILENT TECHNOLOGIES, INC., counsel for Defendant filed its Entry of Appearance by David H. Williams, Esq., and Jennifer L. Brierly, Esq. Of the law firm of Morris, James, Hitchens & Williams LLP.

In mid-June, after concluding its involvement with another out of state matter, <u>Sun Valley Ventures, LLC., v. G. William Tischer, et al.</u>, counsel for Plaintiffs renewed its search for counsel to associate in, on behalf of Plaintiffs in this matter. Thus far, Plaintiffs counsel has been unsuccessful in this search. Various obstacles have been encountered such as attorney conflicts, summer vacations, and unreturned inquiries.

These efforts are set forth in the Declaration of Counsel filed with this Request for Extension of Time for Association of Counsel.

Therefore, it is respectfully requested that Plaintiffs be granted a three-week extension for the purpose of locating and associating in counsel in the Delaware jurisdiction on behalf of Plaintiffs named above.

Dated this 11th day of July, 2005

```
                                        LAW OFFICES OF PATRICK
                                        E. CATALANO
                                        Patrick E. Catalano
                                        Jannik P. Catalano
```

The Court, having considered the moving papers in this matter, and GOOD CAUSE APPEARING, THEREFORE, hereby grants the request of Plaintiffs in this matter. Plaintiffs' request to have the deadline for Entry of Appearance in this matter is extended to _____ _____, 2005

IT IS SO ORDERED:

Dated: _____, 2005                             _____
                                                              JUDGE OF THE DISTRICT COURT

Case Name:   DiNorscia et al. v. AGILENT TECHNOLOGIES INC.
Court:       US DISTRICT COURT FOR THE DISTRICT OF DELAWARE
Case No:     05-00246-JJF

## PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding. My business address is the Law Offices of Patrick E. Catalano, 781 Beach Street, Suite 333, San Francisco, CA 94109.

On the date specified below, I served the following documents:

**REQUEST FOR EXTENSION OF TIME FOR ASSOCIATION OF COUNSEL & DECLARATION IN SUPPORT OF REQUEST FOR EXTENSION OF TIME FOR ASSOCIATION OF COUNSEL**

on the following participant(s) in this action:

| | |
|---|---|
| David H. Williams, ESQ.<br>Jennifer L. Brierly, ESQ.<br>Morris, James, Hitchens<br>& Williams LLP<br>222 Delaware Avenue<br>PO BOX 2306<br>Wilmington, DE 19899<br>(302) 888-6900<br>(302) 888-6848 FAX<br>dwilliams@morrisjames.com | Robert J. Smith, Esq.<br>Christina B. Cox, Esq.<br>Morgan, Lewis & Brockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5065<br>(202) 739-5828<br>rsmith@morganlewis.com |

[X] (BY MAIL) By placing a true and correct copy of the above listed document in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Francisco, California.

[ ] (BY FACSIMILE) By transmitting via facsimile the document listed above to the facsimile number set forth below, or as stated on the attached service list, on this date before 5:00 p.m., and receiving a successful transmission report retained in my file.

[ ] (BY OVERNIGHT DELIVERY) By placing the documents(s) listed above for overnight delivery, in a box or other facility regularly maintained by an express service courier, or delivered to an authorized courier or driver authorized by that express service courier with delivery fees paid or provided for, and addressed as set forth above.

[ ] (BY HAND-DELIVERY) By personally delivering the documents(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 11, 2005                By: _____
                                    Samuel E. Lard II