Patrick E. Catalano, ESQ. (SBN: 60774)
Jannik P. Catalano, ESQ. (SBN: 224786)
LAW OFFICES OF PATRICK E. CATALANO
781 Beach Street, Suite 333
San Francisco, CA 94109
Telephone: (415) 788-0207
Facsimile: (415) 447-0066

Attorneys for Plaintiff Lynn DiNorscia et al.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS and TIFFANY R. WILSON,<br><br>Plaintiffs,<br>vs.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>Defendant. | Case No: 05-00246-JJF<br><br>(Transferred from US District Court of San Francisco Division Case No. C-4-5436-SC)<br><br>**AMENDED DECLARATION IN SUPPORT OF REQUEST FOR EXTENSION OF TIME FOR ASSOCIATION OF COUNSEL** |

I, Jannik P. Catalano, declare:

1. Plaintiffs, named above, have been represented in the above entitled action, which was previously venued in Northern California, by the Law Offices of Patrick E. Catalano.

2. In mid-June, after concluding its involvement with another out of state matter, Sun Valley Ventures, LLC., v. G. William Tischer, et al., counsel for Plaintiffs renewed its search for counsel to associate in, on behalf of Plaintiffs in this matter.

3. Thus far, Plaintiffs counsel has been unsuccessful in this search. Various obstacles have been encountered such as attorney conflicts, summer vacations, and unreturned inquiries.

4. It is respectfully requested that Plaintiffs be granted a three-week extension for the purpose of locating and associating in counsel in the Delaware jurisdiction on behalf of Plaintiffs named above.

5. My office has been diligent in its attempts to associate in counsel for the purpose of

handling this action.

6. Well over 15 different firms have been contacted, but due to the above described challenges, no association has yet been negotiated; some of these firms are still in the process of considering whether they are willing to associate into this case.

7. Counsel believes that if given a few more weeks that it will be possible to locate counsel to associate in this matter.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on July 14, 2005 at San Francisco, California.

LAW OFFICES OF
PATRICK E. CATALANO
Patrick E. Catalano
Jannik P. Catalano

AMENDED DECLARATION OF JPC ISO REQUEST FOR EXTENSTION OF TIME

Case Name: DiNorscia et al. v. AGILENT TECHNOLOGIES INC.
Court: US DISTRICT COURT FOR THE DISTRICT OF DELAWARE
Case No: 05-00246-JJF

## PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action or proceeding. My business address is the Law Offices of Patrick E. Catalano, 781 Beach Street, Suite 333, San Francisco, CA 94109.

On the date specified below, I served the following documents:

**AMENDED DECLARATION IN SUPPORT OF REQUEST FOR EXTENSION OF TIME FOR ASSOCIATION OF COUNSEL**

on the following participant(s) in this action:

| | |
|---|---|
| David H. Williams, ESQ.<br>Jennifer L. Brierly, ESQ.<br>Morris, James, Hitchens<br>& Williams LLP<br>222 Delaware Avenue<br>PO BOX 2306<br>Wilmington, DE 19899<br>(302) 888-6900<br>(302) 888-6848 FAX<br>dwilliams@morrisjames.com | Robert J. Smith, Esq.<br>Christina B. Cox, Esq.<br>Morgan, Lewis & Brockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5065<br>(202) 739-5828<br>rsmith@morganlewis.com |

[X] (BY MAIL) By placing a true and correct copy of the above listed document in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Francisco, California.

[ ] (BY FACSIMILE) By transmitting via facsimile the document listed above to the facsimile number set forth below, or as stated on the attached service list, on this date before 5:00 p.m., and receiving a successful transmission report retained in my file.

[ ] (BY OVERNIGHT DELIVERY) By placing the documents(s) listed above for overnight delivery, in a box or other facility regularly maintained by an express service courier, or delivered to an authorized courier or driver authorized by that express service courier with delivery fees paid or provided for, and addressed as set forth above.

[ ] (BY HAND-DELIVERY) By personally delivering the documents(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 14, 2005                    By: _____
                                             Samuel E. Lard II