**LAW OFFICES OF PATRICK E. CATALANO**

A PROFESSIONAL CORPORATION

SAN FRANCISCO OFFICE
781 BEACH STREET, SUITE 333
SAN FRANCISCO, CALIFORNIA 94109
(415) 788-0207
FAX (415) 447-0066
(RESPOND TO THIS OFFICE)

SAN DIEGO OFFICE
501 WEST BROADWAY, SUITE 740
SAN DIEGO, CALIFORNIA 92101-3544
(619) 233-3565
FAX (619) 233-9841

July 14, 2005

Clerk of the Court for the
HONORABLE JUDGE JOSEPH J. FARNAN
US DISTRICT COURT
DISTRICT OF DELAWARE
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: <u>DiNorscia et al. v. Agilent Technologies Inc.</u>
USDC Case No.: 05-00246-JJF

Dear Clerk of the Court,

Enclosed please find the original and two copies of Plaintiff's AMENDED DECLARATION OF JANNIK P. CATALANO IN SUPPORT OF REQUEST FOR EXTENSION OF TIME FOR ASSOCIATION OF COUNSEL. Inadvertently, the original document was dated incorrectly.

Please return a conformed copy in the self-addressed, stamped envelope provided. If you have any questions, please contact me.

Thank you for you assistance.

Regards,
LAW OFFICES OF PATRICK E. CATALANO

By: _____
Sam Lard, Law Clerk
Jannik P. Catalano, Esquire