IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSICA, MARGARET D. FRITZ RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 05-00246-JJF |
| v. | ) ) ) |
| AGILENT TECHNOLOGIES, INC. | ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of G. Kevin Fasic, Esquire of Tighe, Cottrell & Logan, P.A., as attorneys for Plaintiffs in the above-referenced action.

    /s/ G. Kevin Fasic
G. Kevin Fasic, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
Wilmington, DE 19801
(302) 658-6400 – Telephone
(302) 658-9836 - Facsimile
Attorneys for Plaintiffs

OF COUNSEL:

Patrick E. Catalano (SBN: 60774)
Jannik P. Catalano (SBN: 224786)
Law Offices of Patrick E. Catalano
781 Beach Street, Suite 333
San Francisco, CA 94109
(415) 788-0207

Dated: August 19, 2005