IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN DINORSICA, MARGARET D. FRITZ RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05-00246-JJF |
| v. | ) ) ) | |
| AGILENT TECHNOLOGIES, INC. | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, hereby certify that on August 19, 2005, I electronically filed the attached **ENTRY OF APPEARANCE** with the Clerk of Court using CM/EC. I hereby certify that on August 19, 2005, I have mailed by United States Postal Service, the document to the following participants:

David H. Williams, Esq.
Jennifer L. Brieley, Esq.
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
Wilmington, DE 19899

Robert J. Smith, Esq.
Cristina B. Cox, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004


    /s/ G. Kevin Fasic
G. Kevin Fasic, Esquire