IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LYNN DINORSICA, MARGARET D. :
FRITZ, RHONDA PAYNE, RUTH J. :
WILLIAMS, and TIFFANY R. WILSON, :
　　　　　　　　　　　　　　　　:
　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　: Case No. 05-00246-JJF
　　　　　　　　　　　　　　　　:
　　　　v. :
　　　　　　　　　　　　　　　　:
AGILENT TECHNOLOGIES, INC. :
　　　　　　　　　　　　　　　　:
　　　　Defendant. :

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this Motion.

_____
Jannik P. Catalano, Esq.
Law Offices of Patrick E. Catalano
781 Beach Street, Suite 333
San Francisco, CA 94109
phone: 415-788-0207

Dated: September 21, 2005