# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN DINORSICA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, | : : : : | |
| Plaintiffs, | : : | Case No. 05-00246-JJF |
| v. | : : : | |
| AGILENT TECHNOLOGIES, INC. | : : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 21st day of September, 2005, that I caused to be served a true and correct copy of the foregoing Motion *Pro Hac Vice of Jannik P. Catalano*, by the method indicated, upon the following:

| *CM/ECF Electronic Filing* | *Regular U.S. Mail, Postage pre-paid* |
|---|---|
| David H. Williams, Esq.<br>Jennifer L. Brieley, Esq.<br>Morris, James, Hitchens & Williams, LLP<br>222 Delaware Avenue<br>Wilmington, DE 19899 | Robert J. Smith, Esq.<br>Cristina B. Cox, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)