IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSICA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, | : : : : |
| Plaintiffs, | : : |
| v. | : Case No. 05-00246-JJF : : |
| AGILENT TECHNOLOGIES, INC. | : : |
| Defendant. | : |

MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Patrick E. Catalano, Esquire, 781 Beach Street, Suite 333, San Francisco, CA 94114, to represent the Plaintiffs in this action. The Admittee, is admitted, practicing, and in good standing in the State of California and in Illinois.

                                                   TIGHE, COTTRELL & LOGAN, P.A.

                                                   BY: /s/ G. Kevin Fasic
                                                         G. Kevin Fasic
                                                         First Federal Plaza, Suite 500
                                                         P.O. Box 1031
                                                         Wilmington, DE 19801
                                                         302-658-6400
                                                         Attorney for Plaintiffs

DATED:     September 21, 2005