**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LYNN DINORSICA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, | : : : : |
| Plaintiffs, | : : Case No. 05-00246-JJF |
| v. | : : : |
| AGILENT TECHNOLOGIES, INC. | : : |
| Defendant. | : |

<u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____       _____
                                                                                United States District Judge