IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-00246-JJF |
| AGILENT TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 28th day of November, 2005, two (2) copies of **DEFENDANT AGILENT TECHNOLOGIES' FIRST SET OF INTERROGATORIES TO MARGARET D. FRITZ** and **DEFENDANT AGILENT TECHNOLOGIES' FIRST SET OF DOCUMENTS REQUESTS TO MARGARET D. FRITZ** were served by hand delivery, addressed to the following counsel of record:

>Kevin G. Fasic, Esquire
>Tighe, Cottrell & Logan, P.A.
>First Federal Plaza, Suite 500
>P.O. Box 1031
>Wilmington, DE 19899

_____
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/6848

F COUNSEL:    Robert J. Smith, Esquire (rsmith@morganlewis.com)
              Christina B. Cox, Esquire (ccox@morganlewis.com)
              Morgan, Lewis & Bockius LLP
              1111 Pennsylvania Avenue, N.W.
              Washington, DC 20004
              (202) 739-5065/5828

              Attorneys for Defendant

Dated:  November 28, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DiNORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-00246-JJF<br>)<br>)<br>)<br>) |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on November 28, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

        Kevin G. Fasic, Esquire
        Tighe, Cottrell & Logan, P.A.
        First Federal Plaza, Suite 500
        P.O. Box 1031
        Wilmington, DE 19899

        /s/ David H. Williams
        David H. Williams (#616) (dwilliams@morrisjames.com)
        Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
        MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
        222 Delaware Avenue
        P.O. Box 2306
        Wilmington, DE 19899
        (302) 888-6900/6848

OF COUNSEL:        Robert J. Smith, Esquire (rsmith@morganlewis.com)
        Christina B. Cox, Esquire (ccox@morganlewis.com)
        Morgan, Lewis & Bockius LLP
        1111 Pennsylvania Avenue, N.W.
        Washington, DC 20004
        (202) 739-5065/5828
Dated: November 28, 2005    Attorneys for Defendant

DHW/109754-0001/1313175/1