## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, <br><br> Plaintiff, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. 05-00246 JJF |

## NOTICE OF MOTION

TO: DEFENDANT AGILENT TECHNOLOGIES, INC.
By and through its Counsel of Record

PLEASE TAKE NOTICE that Plaintiffs shall present their *Motion to Amend Complaint*, at a date and time to be identified by the Court. Any response to this Motion must be filed within ten (10) days of the date hereof (Thursday, December 15, 2005), or within such time as the Court shall hereafter establish, with a copy of the same served upon counsel for the Plaintiffs at the address indicated below.

If you fail to respond in accordance with this Notice, the Court may grant the relief sought by this Motion without further notice or hearing.

                                        TIGHE, COTTRELL & LOGAN, P.A.

                              By: /s/ G. Kevin Fasic
                                        G. Kevin Fasic, Esquire
                                        First Federal Plaza, Suite 500
                                        P.O. Box 1031
                                        Wilmington, DE 19899
                                        Attorney for Plaintiffs

Dated: December 5, 2005