IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN DINORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON, | : : : : | Civil Action No. 05-00246 JJF |
| Plaintiff, | : : | |
| v. | : : | |
| AGILENT TECHNOLOGIES, INC., | : : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, G. Kevin Fasic, Esquire, hereby certify this 5th Day of December, 2005, that I caused a true and correct copy of Plaintiff's *Motion to Amend Complaint* to be served, through the Court's CM/ECF system, and by the method identified below, upon the following:

**By Hand Delivery**

David H. Williams, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

**By Facsimile**

Robert J. Smith, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

    /s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (No. 3496)