IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSCIA, MARGARET D. FRITZ, RHONDA PAYNE, RUTH J. WILLIAMS, and TIFFANY R. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>    Defendant. | :<br>:   Civil Action No. 05-00246 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## RE-NOTICE OF MOTION

TO:    DEFENDANT AGILENT TECHNOLOGIES, INC.
        By and through its Counsel of Record

PLEASE TAKE NOTICE that Plaintiffs shall present their *Motion to Amend Complaint*, at a date and time to be identified by the Court. Any response to this Motion must be filed by Monday, December 19, 2005, or within such time as the Court shall hereafter establish, with a copy of the same served upon counsel for the Plaintiffs at the address indicated below.

This Re-Notice is being filed to correct the date for defendant's response, which was incorrectly identified on the previous Notice.

If you fail to respond in accordance with this Notice, the Court may grant the relief sought by this Motion without further notice or hearing.

                                          TIGHE, COTTRELL & LOGAN, P.A.

                                By:   /s/ G. Kevin Fasic
                                          G. Kevin Fasic, Esquire
                                          First Federal Plaza, Suite 500
                                          P.O. Box 1031
                                          Wilmington, DE 19899
                                          Attorney for Plaintiffs

Dated: December 7, 2005