IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSCIA; MARGARET D. FRITZ; RHONDA PAYNE; RUTH J. WILLIAMS and TIFFANY R. WILSON, Individually<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-246-JJF<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties that the time within which to respond to Plaintiffs' Motion to Amend Complaint be extended to January 9, 2006.

TIGHE, COTTRELL & LOGAN, P.A.

_/s/ G. Kevin Fasic_
G. Kevin Fasic, Esquire (#3496)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
k.fasic@lawtcl.com

Attorneys for Plaintiffs

MORRIS, JAMES, HITCHENS &
   WILLIAMS LLP

_/s/ David H. Williams_
David H. Williams, Esquire (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

                                        Robert J. Smith, Esquire
                                        (rsmith@morganlewis.com)
                                        Christina B. Cox, Esquire
                                        (ccox@morganlewis.com)
                                        Morgan, Lewis & Bockius LLP
                                        1111 Pennsylvania Avenue, N.W.
                                        Washington, DC 20004
                                        (202) 739-5065/5828

                                        Attorneys for Defendant

Dated: December 28, 2005

       IT IS SO ORDERED this _____ day of _____, 2005

                                                     _____
                                                                  J.