# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

December 29, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      RE: *DiNorscia, et al. v. Agilent Technologies, In*
           *Civil Action No. 05-246 JJF*

Dear Judge Farnan:

      The parties have reached agreement on settlement of the above case. We anticipate the settlement papers will be finalized and signed within the next few weeks. We will, of course, file a Stipulation of Dismissal at that time. In the meantime, we respectfully request that the Court extend the time within which the Defendant must respond to the Motion to Amend the Complaint until January 9, 2006 in anticipation that the settlement will be finalized prior to that date. A Stipulation providing such an extension was filed on December 28, 2005.

      Because Magistrate Thynge has scheduled a telephone conference for January 12, 2006 in this case, we are providing her with a copy of this letter.

                             Respectfully,

                             David H. Williams

DHW/jam
cc:  G. Kevin Fasic, Esquire (via e-filing)
      Robert Smith, Esquire (via e-mail)
      Christine Cox, Esquire (via e-mail)
      Clerk of the Court (via e-filing)
      The Honorable Mary Pat Thynge (by hand)

1320439/1