IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYNN DINORSCIA; MARGARET D. FRITZ; RHONDA PAYNE; RUTH J. WILLIAMS and TIFFANY R. WILSON, Individually<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.<br><br>Defendants. | Case No. 1:05-cv-00246-JJF |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned action in its entirety, with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

_____
David H. Williams (#616)
Jennifer L. Brierley (#4075)
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
302.888.6800
dwilliams@morrisjames.com
jbrierley@morrisjames.com
*Of Counsel:*
Robert J. Smith
Christine B. Cox
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Dated: January 9, 2006

COUNSEL FOR DEFENDANT
AGILENT TECHNOLOGIES, INC

_____
G. Kevin Fasic (#3496)
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
302.658.6400
k.fasic@lawcl.com

Dated: January 6, 2006

COUNSEL FOR PLAINTIFFS
LYNN DINORSCIA, MARGARET D.
FRITZ, RHONDA PAYNE, RUTH J.
WILLIAMS AND TIFFANY R. WILSON